UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRICIA KENNEDY, Individually,    Case No.: 8:18-cv-01464-MSS-AAS

               Plaintiff,
v.

TERRACE PROPERTIES PARTNERS
LTD, a Florida Limited Partnership,

               Defendant.
_____/

**PLAINTIFF'S RESPONSES TO COURT'S INTERROGATORIES**

1. Residence address.

**Patricia Kennedy**
**9205 NW 80th Street**
**Tamarac, FL 33321**

**AND**

**Patricia Kennedy**
**238 Grande Vista Street**
**Debary, FL  32713**


2. Name of current employer and place of employment.

**Mental Health Assoc.-9 Muses Art Center**
**7139 West Oakland Park Blvd.**
**Lauderhill, FL  33313**


3. Date(s) and time(s) that you visited the facility

**I checked into Defendant's facility on June 5, 2018 at approximately 4:20 p.m. and departed Defendant's facility on June 6, 2018 at approximately 10:00 a.m.**


4.Purpose of your visit(s) and duration of your stay(s).

**I went to the facility to ascertain whether it was compliant, I stayed overnight from June 5, 2018 and checked out on June 6, 2018.**

5. Did anyone accompany you? If so, who?

**Yes, Daniel Pezza was present.**

6. Describe the nature of your disability.

**Mobility impaired due to spinal cord injury**

7. Specifically list each architectural barrier that you personally observed or experienced at the subject property.

> First, the entrance where we pulled up our car was served by valet but there was no place for me to disembark. The entrance was served by insurmountable stairs, and we had to ask how I could even enter the building. I was then directed to a ramp which I did not see. Access to this ramp required that I first cross a curb ramp. However, neither the bottom nor the top of that curb ramp were level. Also, the bottom of the curb ramp was obstructed by a lamp post that impeded my ability to even access it. This curb ramp led to a long ramp, but the ramp did not have proper endings on the grab bars at the top and bottom. Because there was no place for me to disembark at the valet area, I had to park in the secondary parking lot for self-parkers. This area was further away than the valet parking lot. No parking area had any handicap parking spaces at all. This parking lot was riddled with broken and cracked asphalt with loose gravel, making my passage through this area hazardous and difficult. To travel to the hotel from this parking lot, I had to traverse a steep ramp with dangerous side flares. The check in counter had no lowered portion and was too high for me. The hotel had a "Terrace Grille" restaurant. This restaurant was served by stairs. To get into this restaurant, I had to go all the way around to the other side of the building and access it that way. The main entrance to the hotel had steps that were insurmountable. The elevator door was insufficiently wide and barely wide enough for me to get in. It was also too small for me to maneuver and it was difficult for me to reach the buttons. In the common area restroom, although the commode had grab bars, the rear grab bar was obstructed by stored toilet paper. The toilet seat cover dispenser was too high for me to reach and the sink had unwrapped pipes, making it hazardous for me to use. The coat hook was also too high.
>
> In the "accessible" guest room, the commode had grab bars, but the side grab bar was obstructed because it was also used as a towel rack. The rear grab bar was obstructed by more towels and other stored items. Those additional towels were too high for me to reach. The flush control was on the wrong side. The commode was obstructed by the portable shower seat. The sink pipes were unwrapped. The

room had a roll-in shower, but the shower was smaller than the dimensions required. The grab bar along the back wall was too short. The shower wand was not set low enough for me to reach. The shower also had a steep threshold and access to it was partially obstructed by the stored portable seat. The door to the restroom had a trash can obstructing access to the knob. The coat hook was too high. In the main sleeping room, the door to the restroom had insufficient latch side clearance, having been blocked by a cabinet. The door exiting the room also lacked sufficient latch side clearance. The doors opened into each other, thus further preventing sufficient maneuvering. Amenities in the closet, the door peephole, door lock and thermostat were all too high. The light had an improper operating mechanism that required tight grasping, pinching and twisting of the wrist to operate. The space between the side of the bed and the adjacent wall were too narrow, as was the space between the end of the bed and the desk chair. The desk was too low to get my wheelchair underneath.

8. Did you take notes or make a contemporaneous record of these barriers? If so, attach a copy to these Answers.

**I did not make a contemporaneous record.**

9. Please list any other Title III cases in which you have been a party in this District.

**I have attached a list of cases responsive to this question as Exhibit "A."**

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.

Date 6-26-2018

PATRICIA KENNEDY

# EXHIBIT A

(7 of 7)

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Kennedy, Patricia (pla) | 2:2018cv00314 | Kennedy v. Jabo LLC | Florida Middle District Court | 05/04/2018 | |
| Kennedy, Patricia L. (pla) | 6:1999cv00646 | Disabled Americans, et al v. Or… | Florida Middle District Court | 06/01/1999 | 07/24/2000 |

(7 of 7)

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Kennedy, Patricia (pla) | 6:2017cv02157 | Kennedy v. Schling LLC et al | Florida Middle District Court | 12/18/2017 | |
| Kennedy, Patricia (pla) | 6:2017cv02154 | Kennedy v. Marriott Internation… | Florida Middle District Court | 12/18/2017 | 04/24/2018 |
| Kennedy, Patricia (pla) | 2:2017cv00696 | Kennedy v. U and V Food Corp… | Florida Middle District Court | 12/18/2017 | |
| Kennedy, Patricia (pla) | 6:2017cv02161 | Kennedy v. U and V Food Corporation et al | Florida Middle District Court | 12/18/2017 | 04/23/2018 |
| Kennedy, Patricia (pla) | 8:2018cv00002 | Kennedy v. LB 500 LLC et al | Florida Middle District Court | 01/02/2018 | 04/27/2018 |
| Kennedy, Patricia (pla) | 6:2018cv00041 | Kennedy v. Shiv Sadhna LLC | Florida Middle District Court | 01/08/2018 | |
| Kennedy, Patricia (pla) | 5:2018cv00011 | Kennedy v. ASVP Hospitality L… | Florida Middle District Court | 01/08/2018 | 02/22/2018 |
| Kennedy, Patricia (pla) | 8:2018cv00072 | Kennedy v. Fortune Street Hote… | Florida Middle District Court | 01/10/2018 | 02/21/2018 |
| Kennedy, Patricia (pla) | 8:2018cv00075 | Kennedy v. Oxford FT Tampa P… | Florida Middle District Court | 01/10/2018 | 02/28/2018 |
| Kennedy, Patricia (pla) | 8:2018cv00074 | Kennedy v. Insite Tampa DT, LL… | Florida Middle District Court | 01/10/2018 | |
| Kennedy, Patricia (pla) | 8:2018cv00150 | Kennedy v. Provident Manage… | Florida Middle District Court | 01/18/2018 | |
| Kennedy, Patricia (pla) | 2:2018cv00265 | Kennedy v. Core Hotels & Reso… | Florida Middle District Court | 04/20/2018 | |
| Kennedy, Patricia (pla) | 2:2018cv00272 | Kennedy v. Olde Naples Grand … | Florida Middle District Court | 04/23/2018 | |
| Kennedy, Patricia (pla) | 6:2018cv00152 | Kennedy v. PREM Investments … | Florida Middle District Court | 01/29/2018 | 05/11/2018 |
| Kennedy, Patricia (pla) | 8:2018cv00268 | Kennedy v. Skan LLC | Florida Middle District Court | 02/01/2018 | |
| Kennedy, Patricia (pla) | 8:2018cv00269 | Kennedy v. Embassy Investme… | Florida Middle District Court | 02/01/2018 | 04/18/2018 |
| Kennedy, Patricia (pla) | 6:2018cv00169 | Kennedy v. McCoy Investment… | Florida Middle District Court | 02/01/2018 | |
| Kennedy, Patricia (pla) | 6:2018cv00210 | Kennedy v. New Smyrna ACD L… | Florida Middle District Court | 02/09/2018 | |
| Kennedy, Patricia (pla) | 8:2018cv00394 | Kennedy v. Blue Jay Consultati… | Florida Middle District Court | 02/15/2018 | |
| Kennedy, Patricia (pla) | 8:2018cv01005 | Kennedy v. Siesta Inn & Suites, … | Florida Middle District Court | 04/25/2018 | |
| Kennedy, Patricia (pla) | 6:2018cv00314 | Kennedy v. Harborside Suites, … | Florida Middle District Court | 03/02/2018 | 03/08/2018 |
| Kennedy, Patricia (pla) | 6:2018cv00322 | Kennedy v. Crestwood Suites o… | Florida Middle District Court | 03/05/2018 | 03/07/2018 |
| Kennedy, Patricia (pla) | 8:2018cv00525 | Kennedy v. Orion Beach Develo… | Florida Middle District Court | 03/05/2018 | |
| Kennedy, Patricia (pla) | 3:2018cv00326 | Kennedy v. Ponte Vedra Corpor… | Florida Middle District Court | 03/05/2018 | |
| Kennedy, Patricia (pla) | 8:2018cv00555 | Kennedy v. Crestwood Suites o… | Florida Middle District Court | 03/05/2018 | |
| Kennedy, Patricia (pla) | 8:2018cv00548 | Kennedy v. Spring Hill Hotel LL… | Florida Middle District Court | 03/07/2018 | |
| Kennedy, Patricia (pla) | 8:2018cv00546 | Kennedy v. BBC Acquisition Gr… | Florida Middle District Court | 03/07/2018 | 04/12/2018 |
| Kennedy, Patricia (pla) | 8:2018cv00547 | Kennedy v. Crestwood Suites o… | Florida Middle District Court | 03/07/2018 | 03/16/2018 |
| Kennedy, Patricia (pla) | 8:2018cv00560 | Kennedy v. Harborside Suites, … | Florida Middle District Court | 03/02/2018 | 05/09/2018 |
| Kennedy, Patricia (pla) | 3:2018cv00338 | Kennedy v. Hionides et al | Florida Middle District Court | 03/09/2018 | |
| Kennedy, Patricia (pla) | 8:2018cv00574 | Kennedy v. Satya, Inc. | Florida Middle District Court | 03/09/2018 | 04/09/2018 |

| | Kennedy, Patricia (pla) | | 8:2018cv00573 | Kennedy v. Barefoot Beach Re… | Florida Middle District Court | 03/09/2018 | 03/29/2018 |
|---|---|---|---|---|---|---|---|
| | Kennedy, Patricia (pla) | | 8:2018cv00572 | Kennedy v. BB&T Hotel Investo… | Florida Middle District Court | 03/09/2018 | |
| | Kennedy, Patricia (pla) | | 6:2018cv00395 | Kennedy v. G.E.J.E.L Managem… | Florida Middle District Court | 03/15/2018 | 04/18/2018 |
| | Kennedy, Patricia (pla) | | 8:2018cv00640 | Kennedy v. SH Sarasota LLC | Florida Middle District Court | 03/16/2018 | 04/18/2018 |
| | Kennedy, Patricia (pla) | | 6:2018cv00414 | Kennedy v. Courtyard at Lake L… | Florida Middle District Court | 03/19/2018 | 04/25/2018 |
| | Kennedy, Patricia (pla) | | 8:2018cv00680 | Kennedy v. Jamuna Corporatio… | Florida Middle District Court | 03/21/2018 | |
| | Kennedy, Patricia (pla) | | 2:2018cv00190 | Kennedy v. Naples Hotel Comp… | Florida Middle District Court | 03/21/2018 | |
| | Kennedy, Patricia (pla) | | 6:2018cv00427 | Kennedy v. Milan Properties, In… | Florida Middle District Court | 03/23/2018 | |
| | Kennedy, Patricia (pla) | | 8:2018cv00689 | Kennedy v. Daus Investments … | Florida Middle District Court | 03/22/2018 | 05/09/2018 |
| | Kennedy, Patricia (pla) | | 2:2018cv00196 | Kennedy v. Diamond Resorts … | Florida Middle District Court | 03/23/2018 | |
| | Kennedy, Patricia (pla) | | 3:2018cv00401 | Kennedy v. Color Black LLC | Florida Middle District Court | 03/26/2018 | |
| | Kennedy, Patricia (pla) | | 8:2018cv00720 | Kennedy v. Terrace Properties … | Florida Middle District Court | 03/26/2018 | |
| | Kennedy, Patricia (pla) | | 6:2018cv00471 | Kennedy v. DM Sabannah LLC … | Florida Middle District Court | 03/28/2018 | |
| | Kennedy, Patricia (pla) | | 6:2018cv00469 | Kennedy v. T Old Town, LLC | Florida Middle District Court | 03/28/2018 | |
| | Kennedy, Patricia (pla) | | 6:2018cv00470 | Kennedy v. TRIKSPIN INC. | Florida Middle District Court | 03/28/2018 | |
| | Kennedy, Patricia (pla) | | 8:2018cv00842 | Kennedy v. Gold Sun Hospitalit… | Florida Middle District Court | 04/09/2018 | |
| | Kennedy, Patricia (pla) | | 8:2018cv00862 | Kennedy v. Dreams Hospitality … | Florida Middle District Court | 04/11/2018 | 05/10/2018 |
| | Kennedy, Patricia (pla) | | 6:2018cv00670 | Kennedy v. PRC Enterprises, In… | Florida Middle District Court | 04/30/2018 | |
| | Kennedy, Patricia (pla) | | 8:2018cv01054 | Kennedy v. GJNRS, LLC | Florida Middle District Court | 04/30/2018 | |
| | Kennedy, Patricia (pla) | | 8:2018cv01053 | Kennedy v. Lake Parker Holdin… | Florida Middle District Court | 04/30/2018 | |
| | Kennedy, Patricia (pla) | | 6:2018cv00688 | Kennedy v. Mystic Dunes, LLC | Florida Middle District Court | 05/04/2018 | |
| | Kennedy, Patricia (pla) | | 6:2018cv00689 | Kennedy v. Capital Lodging LL… | Florida Middle District Court | 05/04/2018 | |
| | Kennedy, Patricia (pla) | | 2:2018cv00313 | Kennedy v. JE Investment Ente… | Florida Middle District Court | 05/04/2018 | |

| | Party | Case No. | Case Title | Court | Filed | Closed |
|---|---|---|---|---|---|---|
| | Kennedy, Patricia (pla) | 6:2017cv01274 | Kennedy v. UFF DAA, Inc | Florida Middle District Court | 07/12/2017 | 07/28/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv01275 | Kennedy v. Panita Food, Inc. et... | Florida Middle District Court | 07/12/2017 | 08/03/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv01315 | Kennedy v. Shivstar Investmen... | Florida Middle District Court | 07/17/2017 | 01/05/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv01314 | Kennedy v. All American Oil, LL... | Florida Middle District Court | 07/17/2017 | 08/29/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv01378 | Kennedy v. Giant Oil, Inc. | Florida Middle District Court | 07/26/2017 | 11/29/2017 |
| | Kennedy, Patricia (pla) | 2:2017cv00432 | Kennedy v. Ackerman et al | Florida Middle District Court | 07/28/2017 | 01/09/2018 |
| | Kennedy, Patricia (pla) | 2:2017cv00433 | Kennedy v. Laporta Florida Ce... | Florida Middle District Court | 07/28/2017 | 03/05/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv01403 | Kennedy v. Basila et al | Florida Middle District Court | 07/31/2017 | 12/20/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv01404 | Kennedy v. OHM, Inc. | Florida Middle District Court | 07/31/2017 | 10/06/2017 |
| | Kennedy, Patricia (pla) | 5:2017cv00355 | Kennedy v. Quick Stop Leesbur... | Florida Middle District Court | 07/28/2017 | 11/15/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv01573 | Kennedy v. Woodcock | Florida Middle District Court | 08/30/2017 | 10/17/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv01576 | Kennedy v. Circle K Stores, Inc. ... | Florida Middle District Court | 08/31/2017 | 09/14/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv01578 | Kennedy v. Patel et al | Florida Middle District Court | 08/31/2017 | 11/01/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv01577 | Kennedy v. Sat Guru Enterprise... | Florida Middle District Court | 08/31/2017 | |
| | Kennedy, Patricia (pla) | 6:2017cv01582 | Kennedy v. M and S Investmen... | Florida Middle District Court | 08/31/2017 | 11/03/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv01583 | Kennedy v. Silver Star Entity, LL... | Florida Middle District Court | 08/31/2017 | 10/25/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv01581 | Kennedy v. Sunshine State Hol... | Florida Middle District Court | 08/31/2017 | 11/13/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv01580 | Kennedy v. Ali et al | Florida Middle District Court | 08/31/2017 | 10/04/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv01579 | Kennedy v. Bindi, Inc. | Florida Middle District Court | 08/31/2017 | |
| | Kennedy, Patricia (pla) | 6:2017cv01627 | Kennedy v. ADI Viera Hotels, L... | Florida Middle District Court | 09/13/2017 | 03/05/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv01687 | Kennedy v. Cape Canaveral Shr... | Florida Middle District Court | 09/25/2017 | 12/19/2017 |
| | Kennedy, Patricia (pla) | 5:2017cv00437 | Kennedy v. Kenya Core, LLC et ... | Florida Middle District Court | 09/25/2017 | 03/02/2018 |
| | Kennedy, Patricia (pla) | 5:2017cv00444 | Kennedy v. Tavares Property In... | Florida Middle District Court | 06/23/2017 | 12/06/2017 |
| | Kennedy, Patricia (pla) | 5:2017cv00442 | Kennedy v. Pacifica Tampa LT... | Florida Middle District Court | 09/28/2017 | 01/26/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv01831 | Kennedy v. Cocoa Beach Devel... | Florida Middle District Court | 10/23/2017 | 02/21/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv01832 | Kennedy v. Westgate Resorts, ... | Florida Middle District Court | 10/23/2017 | 01/09/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv01872 | Kennedy v. Captain D's, LLC | Florida Middle District Court | 10/30/2017 | |
| | Kennedy, Patricia (pla) | 6:2017cv01948 | Kennedy v. Daytona JTT, LLC | Florida Middle District Court | 11/13/2017 | |
| | Kennedy, Patricia (pla) | 6:2017cv01949 | Kennedy v. Mi Tierra Authentic ... | Florida Middle District Court | 11/13/2017 | 05/09/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv01946 | Kennedy v. I Shops Orlando, LL... | Florida Middle District Court | 11/13/2017 | 03/26/2018 |
| | Kennedy, Patricia (pla) | 6:2002cv00114 | Disability Advocacy, et al v. Orl... | Florida Middle District Court | 01/31/2002 | 03/29/2004 |
| | Kennedy, Patricia (pla) | 6:2018cv00590 | Kennedy v. ESA P Portfolio, LL... | Florida Middle District Court | 04/16/2018 | |
| | Kennedy, Patricia (pla) | 6:2018cv00587 | Kennedy v. Eola Land Co. Inc. | Florida Middle District Court | 04/16/2018 | |
| | Kennedy, Patricia (pla) | 6:2018cv00589 | Kennedy v. RH Resorts, LLLP | Florida Middle District Court | 04/16/2018 | |
| | Kennedy, Patricia (pla) | 2:2018cv00249 | Kennedy v. Clayton Plaza, LLC ... | Florida Middle District Court | 04/16/2018 | |
| | Kennedy, Patricia (pla) | 2:2018cv00250 | Kennedy v. MLB Group, LLC | Florida Middle District Court | 04/16/2018 | |
| | Kennedy, Patricia (pla) | 8:2018cv00931 | Kennedy v. TPG St. Pete Beach... | Florida Middle District Court | 04/16/2018 | |
| | Kennedy, Patricia (pla) | 2:2018cv00258 | Kennedy v. Tidal Investments L... | Florida Middle District Court | 04/19/2018 | |
| | Kennedy, Patricia (pla) | 2:2018cv00261 | Kennedy v. Naples Golf and Be... | Florida Middle District Court | 04/19/2018 | |

| | Kennedy, Patricia (pla) | 8:2018cv00931 | Kennedy v. TPG St. Pete Beach… | Florida Middle District Court | 04/16/2018 | |
|---|---|---|---|---|---|---|
| | Kennedy, Patricia (pla) | 2:2018cv00258 | Kennedy v. Tidal Investments L… | Florida Middle District Court | 04/19/2018 | |
| | Kennedy, Patricia (pla) | 2:2018cv00261 | Kennedy v. Naples Golf and Be… | Florida Middle District Court | 04/19/2018 | |
| | Kennedy, Patricia (pla) | 8:2017cv02763 | Kennedy v. S.P. Sunshine D's In… | Florida Middle District Court | 11/15/2017 | 01/17/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv01947 | Kennedy v. Morse Realty, Inc. e… | Florida Middle District Court | 11/13/2017 | 01/04/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv01967 | Kennedy v. Clayton's Crab Hold… | Florida Middle District Court | 11/15/2017 | 01/09/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv01966 | Kennedy v. Viksar Inc. et al | Florida Middle District Court | 11/15/2017 | |
| | Kennedy, Patricia (pla) | 6:2017cv02016 | Kennedy v. Cocoa Beach Capit… | Florida Middle District Court | 11/21/2017 | 12/28/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv02014 | Kennedy v. Orltell, LLC | Florida Middle District Court | 11/21/2017 | 04/12/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv02015 | Kennedy v. Capital Investment … | Florida Middle District Court | 11/21/2017 | 01/30/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv01986 | Kennedy v. Simpler Corp. | Florida Middle District Court | 11/20/2017 | 02/01/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv01988 | Kennedy v. Baugher Hotel Grou… | Florida Middle District Court | 11/20/2017 | 03/27/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv01987 | Kennedy v. G6 Hospitality, LLC | Florida Middle District Court | 11/20/2017 | |
| | Kennedy, Patricia (pla) | 6:2017cv02034 | Kennedy v. Marriott Internation… | Florida Middle District Court | 11/24/2017 | 05/08/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv02101 | Kennedy v. Rosen Hotels and R… | Florida Middle District Court | 12/07/2017 | 03/19/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv02102 | Kennedy v. Sanford Inn, Inc. | Florida Middle District Court | 12/07/2017 | 01/04/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv02111 | Kennedy v. Aayush Corporatio… | Florida Middle District Court | 12/08/2017 | 02/12/2018 |
| | Kennedy, Patricia (pla) | 2:2018cv00262 | Kennedy v. Core Hotels & Reso… | Florida Middle District Court | 04/19/2018 | |

| | Kennedy, Patricia (pla) | 6:2017cv00455 | Kennedy v. Prime Petro, Inc. | Florida Middle District Court | 03/13/2017 | 07/19/2017 |
|---|---|---|---|---|---|---|
| | Kennedy, Patricia (pla) | 6:2017cv00450 | Kennedy v. Skyview Plaza, LLC … | Florida Middle District Court | 03/13/2017 | 01/24/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv00448 | Kennedy v. Skyview Plaza, LLC… | Florida Middle District Court | 03/13/2017 | 01/24/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv00452 | Kennedy v. Skyview Plaza, LLC … | Florida Middle District Court | 03/13/2017 | 01/24/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv00454 | Kennedy v. IMDAD Haider IRA, … | Florida Middle District Court | 03/13/2017 | 09/20/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00488 | Kennedy v. HDBF, LLC et al | Florida Middle District Court | 03/17/2017 | 05/22/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00496 | Kennedy v. Park Plaza Of Edge… | Florida Middle District Court | 03/20/2017 | 05/19/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00537 | Kennedy v. Cape Siesta Motel, … | Florida Middle District Court | 03/27/2017 | |
| | Kennedy, Patricia (pla) | 6:2017cv00550 | Kennedy v. Ichikoshi USA, Inc. … | Florida Middle District Court | 03/28/2017 | 06/27/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00549 | Kennedy v. Puleio Enterprises, … | Florida Middle District Court | 03/28/2017 | 09/07/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00548 | Kennedy v. Rocket Liquors, Inc.… | Florida Middle District Court | 03/28/2017 | 08/15/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00547 | Kennedy v. JPPG, LLC. et al | Florida Middle District Court | 03/28/2017 | 05/25/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00596 | Kennedy v. Chris Pappas as Tr… | Florida Middle District Court | 04/03/2017 | 08/22/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00595 | Kennedy v. All-Suite Motel, LLC … | Florida Middle District Court | 04/03/2017 | 04/10/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv00594 | Kennedy v. VK Realty, LLC | Florida Middle District Court | 04/03/2017 | 01/08/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv00593 | Kennedy v. Balajio, LLC | Florida Middle District Court | 04/03/2017 | |
| | Kennedy, Patricia (pla) | 6:2017cv00591 | Kennedy v. L&C Arlington Pine… | Florida Middle District Court | 04/03/2017 | |
| | Kennedy, Patricia (pla) | 6:2017cv00605 | Kennedy v. Solano et al | Florida Middle District Court | 04/05/2017 | 01/18/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv00634 | Kennedy v. Taco City 3, Inc. | Florida Middle District Court | 04/10/2017 | 02/14/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv00638 | Kennedy v. DG Beach Waves, I… | Florida Middle District Court | 04/10/2017 | 05/08/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00641 | Kennedy v. Gasperilla Lodging,… | Florida Middle District Court | 04/10/2017 | 10/20/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00640 | Kennedy v. KSK Investments, L… | Florida Middle District Court | 04/10/2017 | 08/30/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00661 | Kennedy v. BG's Group, Inc. | Florida Middle District Court | 04/12/2017 | 10/20/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00736 | Kennedy v. Richmond et al | Florida Middle District Court | 04/24/2017 | 06/12/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00735 | Kennedy v. Roseland Plaza LL… | Florida Middle District Court | 04/24/2017 | 01/16/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv00734 | Kennedy v. Palm Harbor Assoc… | Florida Middle District Court | 04/24/2017 | 06/22/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00732 | Kennedy v. Baugher et al | Florida Middle District Court | 04/24/2017 | 02/09/2018 |
| | Kennedy, Patricia (pla) | 6:2017cv00737 | Kennedy v. T & M United Corpo… | Florida Middle District Court | 04/24/2017 | 07/14/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00757 | Kennedy v. Petro Management,… | Florida Middle District Court | 04/26/2017 | 08/01/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00780 | Kennedy v. Ace Handiman Har… | Florida Middle District Court | 05/01/2017 | 10/04/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00840 | Kennedy v. Smith | Florida Middle District Court | 05/10/2017 | 08/07/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00844 | Kennedy v. Dad 1300 N Atlanti… | Florida Middle District Court | 05/11/2017 | 11/20/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00888 | Kennedy v. Shrimp Happens, In… | Florida Middle District Court | 05/17/2017 | 07/14/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00964 | Kennedy v. Tyloyleonson, Inc. | Florida Middle District Court | 05/26/2017 | 11/13/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv00981 | Kennedy v. Port St. John Statio… | Florida Middle District Court | 05/31/2017 | 12/13/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv01047 | Kennedy v. Beachside Commer… | Florida Middle District Court | 06/08/2017 | 09/25/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv01125 | Kennedy v. Corbett | Florida Middle District Court | 06/19/2017 | 11/15/2017 |
| | Kennedy, Patricia (pla) | 2:2017cv00358 | Kennedy v. Tamiami Hotel LLC | Florida Middle District Court | 06/26/2017 | 11/20/2017 |
| | Kennedy, Patricia (pla) | 2:2017cv00359 | Kennedy v. Satvik Shradhdha L… | Florida Middle District Court | 06/26/2017 | 11/13/2017 |
| | Kennedy, Patricia (pla) | 6:2017cv01183 | Kennedy v. SCF RC Funding I L… | Florida Middle District Court | 06/26/2017 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Kennedy, Patricia (pla) | ☆ 2:2017cv00359 | Kennedy v. Satvik Shradhdha L... | Florida Middle District Court | 06/26/2017 | 11/13/2017 |
| | Kennedy, Patricia (pla) | ☆ 6:2017cv01183 | Kennedy v. SCF RC Funding I L... | Florida Middle District Court | 06/26/2017 | |
| | Kennedy, Patricia (pla) | ☆ 6:2017cv01188 | Kennedy v. S & S Ferrara III, Inc... | Florida Middle District Court | 06/26/2017 | 03/06/2018 |
| | Kennedy, Patricia (pla) | ☆ 6:2017cv01181 | Kennedy v. F & R Enterprises, L... | Florida Middle District Court | 06/26/2017 | 08/17/2017 |
| | Kennedy, Patricia (pla) | ☆ 6:2017cv01185 | Kennedy v. Florida T&T Enterpr... | Florida Middle District Court | 06/26/2017 | 10/05/2017 |
| | Kennedy, Patricia (pla) | ☆ 6:2017cv01182 | Kennedy v. Mahesh Properties,... | Florida Middle District Court | 06/26/2017 | 08/17/2017 |
| | Kennedy, Patricia (pla) | ☆ 6:2017cv01187 | Kennedy v. PH & NJ Limited Li... | Florida Middle District Court | 06/26/2017 | 08/02/2017 |
| | Kennedy, Patricia (pla) | ☆ 6:2017cv01189 | Kennedy v. Circle K Stores Inc. | Florida Middle District Court | 06/26/2017 | 09/14/2017 |
| | Kennedy, Patricia (pla) | ☆ 6:2017cv01184 | Kennedy v. Le et al | Florida Middle District Court | 06/26/2017 | 10/03/2017 |
| | Kennedy, Patricia (pla) | ☆ 8:2017cv01516 | Kennedy v. Tavares Property In... | Florida Middle District Court | 06/23/2017 | 09/29/2017 |
| | Kennedy, Patricia (pla) | ☆ 6:2017cv01186 | Kennedy v. Nguyen | Florida Middle District Court | 06/26/2017 | 03/06/2018 |
| | Kennedy, Patricia (pla) | ☆ 5:2017cv00286 | Kennedy v. Pope | Florida Middle District Court | 06/26/2017 | 01/11/2018 |
| | Kennedy, Patricia (pla) | ☆ 6:2017cv01199 | Kennedy v. 2120-2190 Garden ... | Florida Middle District Court | 06/28/2017 | 07/11/2017 |
| | Kennedy, Patricia (pla) | ☆ 6:2017cv01225 | Kennedy v. RP & LM Enterprise... | Florida Middle District Court | 07/03/2017 | 08/25/2017 |
| | Kennedy, Patricia (pla) | ☆ 6:2017cv01276 | Kennedy v. Tekelewold | Florida Middle District Court | 07/12/2017 | |
| | Kennedy, Patricia (pla) | ☆ 6:2017cv01273 | Kennedy v. Mas Food Mart, Inc... | Florida Middle District Court | 07/12/2017 | 01/24/2018 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Kennedy, Patricia (pla) | 3:1994ap00209 | Kennedy and Dicandia | Florida Middle Bankruptcy Cou... | 08/22/1994 | 06/01/1995 |
| Kennedy, Patricia (pla) | 2:2006cv00178 | Access For The Disabled, Inc., ... | Florida Middle District Court | 04/03/2006 | 02/05/2007 |
| Kennedy, Patricia (pla) | 2:2006cv00289 | Access For The Disabled, Inc., ... | Florida Middle District Court | 06/14/2006 | 06/05/2007 |
| Kennedy, Patricia (pla) | 6:2006cv00857 | Access For The Disabled, Inc. ... | Florida Middle District Court | 06/23/2006 | 02/22/2007 |
| Kennedy, Patricia (pla) | 6:2008mc00080 | Access For The Disabled, Inc. ... | Florida Middle District Court | 07/30/2008 | 08/05/2008 |
| Kennedy, Patricia (pla) | 8:2011cv01830 | Access For The Disabled, Inc. ... | Florida Middle District Court | 08/15/2011 | 03/28/2012 |
| Kennedy, Patricia (pla) | 8:2011cv01832 | Access For The Disabled, Inc. ... | Florida Middle District Court | 08/15/2011 | 04/26/2012 |
| Kennedy, Patricia (pla) | 8:2011cv01960 | Access For The Disabled, Inc. ... | Florida Middle District Court | 08/29/2011 | 04/20/2012 |
| Kennedy, Patricia (pla) | 8:2011cv02159 | Access for the Disabled, Inc. et... | Florida Middle District Court | 09/22/2011 | 09/14/2012 |
| Kennedy, Patricia (pla) | 8:2011cv02158 | Access for the Disabled, Inc. et... | Florida Middle District Court | 09/22/2011 | 05/16/2012 |
| Kennedy, Patricia (pla) | 8:2011cv02165 | Access For The Disabled, Inc. ... | Florida Middle District Court | 09/23/2011 | 10/09/2012 |
| Kennedy, Patricia (pla) | 2:2011cv00535 | Access For The Disabled, Inc. ... | Florida Middle District Court | 09/23/2011 | 01/03/2012 |
| Kennedy, Patricia (pla) | 8:2011cv02203 | Access For The Disabled, Inc. ... | Florida Middle District Court | 09/28/2011 | 05/10/2012 |
| Kennedy, Patricia (pla) | 8:2011cv02214 | Access For The Disabled, Inc. ... | Florida Middle District Court | 09/29/2011 | 02/16/2012 |
| Kennedy, Patricia (pla) | 8:2011cv02215 | Access For The Disabled, Inc. ... | Florida Middle District Court | 09/29/2011 | 08/15/2012 |
| Kennedy, Patricia (pla) | 8:2011cv02342 | Access For The Disabled, Inc. ... | Florida Middle District Court | 10/17/2011 | 10/01/2012 |
| Kennedy, Patricia (pla) | 8:2011cv02343 | Access For The Disabled, Inc. ... | Florida Middle District Court | 10/17/2011 | 03/29/2012 |
| Kennedy, Patricia (pla) | 8:2011cv02519 | Access For The Disabled, Inc. ... | Florida Middle District Court | 11/07/2011 | 12/12/2012 |
| Kennedy, Patricia (pla) | 8:2011cv02565 | Access for the Disabled, Inc, et... | Florida Middle District Court | 11/14/2011 | 03/21/2012 |
| Kennedy, Patricia (pla) | 8:2011cv02567 | Access For The Disabled, Inc. ... | Florida Middle District Court | 11/14/2011 | 04/12/2012 |
| Kennedy, Patricia (pla) | 8:2012cv00303 | Access for the Disabled, Inc. et... | Florida Middle District Court | 02/13/2012 | 08/28/2012 |
| Kennedy, Patricia (pla) | 8:2012cv00379 | Access for the Disabled, Inc. et... | Florida Middle District Court | 02/23/2012 | 08/14/2012 |
| Kennedy, Patricia (pla) | 2:2012cv00095 | Access for the Disabled, Inc. et... | Florida Middle District Court | 02/23/2012 | 11/14/2012 |
| Kennedy, Patricia (pla) | 8:2012cv00380 | Access for the Disabled, Inc. et... | Florida Middle District Court | 02/23/2012 | 04/16/2012 |
| Kennedy, Patricia (pla) | 8:2012cv00381 | Access for the Disabled, Inc. et... | Florida Middle District Court | 02/23/2012 | 10/17/2012 |
| Kennedy, Patricia (pla) | 8:2012cv00383 | Access for the Disabled, Inc. et... | Florida Middle District Court | 02/23/2012 | 03/09/2012 |
| Kennedy, Patricia (pla) | 8:2012cv00382 | Access for the Disabled, Inc. et... | Florida Middle District Court | 02/23/2012 | 05/01/2012 |
| Kennedy, Patricia (pla) | 8:2012cv00384 | Access for the Disabled, Inc. et... | Florida Middle District Court | 02/23/2012 | 04/17/2012 |
| Kennedy, Patricia (pla) | 8:2012cv00663 | Access for the Disabled, Inc. et... | Florida Middle District Court | 03/28/2012 | 12/27/2012 |
| Kennedy, Patricia (pla) | 8:2012cv00821 | Access for the Disabled, Inc. et... | Florida Middle District Court | 04/16/2012 | 06/20/2012 |
| Kennedy, Patricia (pla) | 8:2012cv00819 | Access for the Disabled, Inc. et... | Florida Middle District Court | 04/16/2012 | 06/19/2012 |
| Kennedy, Patricia (pla) | 8:2012cv00820 | Access for the Disabled, Inc. et... | Florida Middle District Court | 04/16/2012 | 11/06/2012 |
| Kennedy, Patricia (pla) | 8:2012cv01140 | Access for the Disabled, Inc. v.... | Florida Middle District Court | 05/21/2012 | 02/28/2013 |
| Kennedy, Patricia (pla) | 8:2012cv01146 | Access for the Disabled, Inc. et... | Florida Middle District Court | 05/21/2012 | 06/26/2012 |
| Kennedy, Patricia (pla) | 8:2012cv01139 | Access for the Disabled, Inc. v.... | Florida Middle District Court | 05/21/2012 | 08/07/2012 |
| Kennedy, Patricia (pla) | 8:2012cv01149 | Access for the Disabled, Inc. et... | Florida Middle District Court | 05/21/2012 | 01/11/2013 |
| Kennedy, Patricia (pla) | 8:2012cv01147 | Access for the Disabled, Inc. et... | Florida Middle District Court | 05/21/2012 | 08/20/2012 |
| Kennedy, Patricia (pla) | 8:2012cv01144 | Access for the Disabled, Inc. et... | Florida Middle District Court | 05/21/2012 | 10/31/2012 |
| Kennedy, Patricia (pla) | 8:2012cv01145 | Access for the Disabled, Inc. et... | Florida Middle District Court | 05/21/2012 | 12/10/2012 |
| Kennedy, Patricia (pla) | 8:2012cv01292 | Access for the Disabled et al v.... | Florida Middle District Court | 06/08/2012 | 12/10/2012 |

| | Kennedy, Patricia (pla) | ☆ 8:2012cv01292 | Access for the Disabled et al v.... | Florida Middle District Court | 06/08/2012 | 12/10/2012 |
|---|---|---|---|---|---|---|
| | Kennedy, Patricia (pla) | ☆ 8:2012cv01293 | Access for the Disabled et al v.... | Florida Middle District Court | 06/08/2012 | 12/10/2012 |
| | Kennedy, Patricia (pla) | ☆ 8:2012cv01792 | Access for the Disabled, Inc. et... | Florida Middle District Court | 08/08/2012 | 12/18/2012 |
| | Kennedy, Patricia (pla) | ☆ 8:2012cv01851 | Access for the Disabled, Inc. et... | Florida Middle District Court | 08/15/2012 | 11/05/2012 |
| | Kennedy, Patricia (pla) | ☆ 8:2012cv01853 | Access for the Disabled, Inc. et... | Florida Middle District Court | 08/15/2012 | 12/07/2012 |
| | Kennedy, Patricia (pla) | ☆ 8:2012cv02005 | Kennedy v. Macy's, Florida Stor... | Florida Middle District Court | 09/04/2012 | 08/06/2013 |
| | Kennedy, Patricia (pla) | ☆ 8:2012cv02003 | Access for the Disabled et al v.... | Florida Middle District Court | 09/04/2012 | 10/07/2014 |
| | Kennedy, Patricia (pla) | ☆ 2:2012cv00490 | Access for the Disabled et al v.... | Florida Middle District Court | 09/04/2012 | 11/29/2013 |
| | Kennedy, Patricia (pla) | ☆ 8:2012cv02013 | Access for the Disabled, Inc. et... | Florida Middle District Court | 09/05/2012 | 03/01/2013 |
| | Kennedy, Patricia (pla) | ☆ 8:2012cv02084 | Access for the Disabled, Inc. et... | Florida Middle District Court | 09/14/2012 | 08/28/2013 |
| | Kennedy, Patricia (pla) | ☆ 8:2012cv02186 | Access for the Disabled et al v.... | Florida Middle District Court | 10/01/2012 | 08/29/2014 |
| | Kennedy, Patricia (pla) | ☆ 8:2012cv02185 | Access for the Disabled et al v.... | Florida Middle District Court | 10/01/2012 | 10/31/2012 |
| | Kennedy, Patricia (pla) | ☆ 8:2012cv02914 | Access for the Disabled, Inc. | Florida Middle District Court | 12/27/2012 | 03/13/2013 |
| | Kennedy, Patricia (pla) | ☆ 8:2013cv03158 | Access for the Disabled, Inc. et... | Florida Middle District Court | 12/17/2013 | 03/04/2016 |
| | Kennedy, Patricia (pla) | ☆ 8:2014cv00169 | Access for the Disabled, Inc. et... | Florida Middle District Court | 01/23/2014 | 04/18/2014 |
| | Kennedy, Patricia (pla) | ☆ 8:2014cv00587 | Access for the Disabled, Inc. et... | Florida Middle District Court | 03/10/2014 | 07/08/2014 |
| | Kennedy, Patricia (pla) | ☆ 2:2015cv00631 | Kennedy v. Naples Park Plaza, ... | Florida Middle District Court | 10/09/2015 | 05/31/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2015cv00630 | Kennedy v. Radio Road Plaza I... | Florida Middle District Court | 10/09/2015 | 04/04/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2015cv00632 | Kennedy v. Murphy et al | Florida Middle District Court | 10/09/2015 | 09/20/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2015cv00673 | Kennedy v. Del Mar Retail Cent... | Florida Middle District Court | 10/29/2015 | 06/30/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2015cv00707 | Kennedy v. Schulte | Florida Middle District Court | 11/12/2015 | 06/13/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2015cv00724 | Kennedy v. Llerena et al | Florida Middle District Court | 11/23/2015 | 06/23/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2015cv00736 | Kennedy v. West Coast Develo... | Florida Middle District Court | 11/30/2015 | 08/25/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2015cv00757 | Kennedy v. Mt. Ridge Realty As... | Florida Middle District Court | 12/04/2015 | 12/05/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2015cv00760 | Kennedy v. Welsh Companies ... | Florida Middle District Court | 12/07/2015 | 05/10/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2015cv00761 | Kennedy v. Captain Investment... | Florida Middle District Court | 12/07/2015 | 10/14/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2015cv00772 | Kennedy v My Naples Sunshin... | Florida Middle District Court | 12/10/2015 | 05/19/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2015cv00775 | Kennedy v. Pipers Crossing 12... | Florida Middle District Court | 12/11/2015 | 08/25/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2015cv00801 | Kennedy v. PMAT Prado LLC et... | Florida Middle District Court | 12/28/2015 | 04/08/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00091 | Kennedy v. SWF Investments L... | Florida Middle District Court | 02/03/2016 | 07/18/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00092 | Kennedy v. Kite Eagle Creek, LL... | Florida Middle District Court | 02/03/2016 | 04/15/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00093 | Kennedy v. Arena et al | Florida Middle District Court | 02/03/2016 | 05/05/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00094 | Kennedy v. Area Realty Florida,... | Florida Middle District Court | 02/03/2016 | 05/19/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00095 | Kennedy v. IPTV-B-CO6, LLC et ... | Florida Middle District Court | 02/03/2016 | 08/05/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00096 | Kennedy v. Katlou, LLC | Florida Middle District Court | 02/03/2016 | 01/17/2017 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00097 | Kennedy v. NYFL Commercial ... | Florida Middle District Court | 02/03/2016 | 08/04/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00098 | Kennedy v. Brixmor Park Shore... | Florida Middle District Court | 02/03/2016 | 07/26/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00102 | Kennedy v. Griffin Bonita Sprin... | Florida Middle District Court | 02/04/2016 | 04/20/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00125 | Kennedy v. Spragins et al | Florida Middle District Court | 02/12/2016 | 11/08/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00133 | Kennedy v. Vercil E. and Helen... | Florida Middle District Court | 02/16/2016 | 12/21/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00134 | Kennedy v. Pelican Village Plaz... | Florida Middle District Court | 02/16/2016 | 05/27/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00135 | Kennedy v. NYFL Commercial ... | Florida Middle District Court | 02/16/2016 | 06/02/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00132 | Kennedy v. J P R Trusting Ente... | Florida Middle District Court | 02/16/2016 | 12/05/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00147 | Kennedy v. Divito Enterprises L... | Florida Middle District Court | 02/19/2016 | 10/07/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00148 | Kennedy v. Roumely, Inc. | Florida Middle District Court | 02/19/2016 | 09/08/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00164 | Kennedy v. First CZ Real Estate... | Florida Middle District Court | 02/29/2016 | 03/25/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00175 | Kennedy v. Indulok Corporatio... | Florida Middle District Court | 03/07/2016 | 12/01/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00176 | Kennedy v. CS College Parkwa... | Florida Middle District Court | 03/07/2016 | 03/31/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00177 | Kennedy v. Forest Plaza, LLC | Florida Middle District Court | 03/07/2016 | 07/26/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00178 | Kennedy v. The Prudential Insu... | Florida Middle District Court | 03/07/2016 | 06/08/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00179 | Kennedy v. Howell | Florida Middle District Court | 03/07/2016 | 08/03/2017 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00180 | Kennedy v. Dollar Tree Stores, I... | Florida Middle District Court | 03/07/2016 | 09/21/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00191 | Kennedy v. Musca Properties, ... | Florida Middle District Court | 03/14/2016 | 04/18/2017 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00192 | Kennedy v. Pipeline Properties,... | Florida Middle District Court | 03/14/2016 | 10/31/2016 |
| | Kennedy, Patricia (pla) | ☆ 2:2016cv00193 | Kennedy v. McGregor Pointe S... | Florida Middle District Court | 03/14/2016 | 04/21/2016 |

| Kennedy, Patricia (pla) | ☆ 2:2016cv00193 | Kennedy v. McGregor Pointe S... | Florida Middle District Court | 03/14/2016 | 04/21/2016 |
| --- | --- | --- | --- | --- | --- |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00194 | Kennedy v. DFG-Plantation, LL... | Florida Middle District Court | 03/14/2016 | 08/23/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00195 | Kennedy v. RLR1, LLC et al | Florida Middle District Court | 03/14/2016 | 11/02/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00196 | Kennedy v. Bickimer et al | Florida Middle District Court | 03/14/2016 | 01/17/2017 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00197 | Kennedy v. Benderson et al | Florida Middle District Court | 03/14/2016 | 08/26/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00213 | Kennedy v. Benderson et al | Florida Middle District Court | 03/18/2016 | 07/05/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00214 | Kennedy v. Three J'S L.L.P. et a... | Florida Middle District Court | 03/18/2016 | 02/23/2018 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00220 | Kennedy v. Plaza Fort Myers, L... | Florida Middle District Court | 03/21/2016 | 08/03/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00221 | Kennedy v. Wynn Properties, In... | Florida Middle District Court | 03/21/2016 | 07/11/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00222 | Kennedy v. Shoppes of Estero | Florida Middle District Court | 03/21/2016 | 08/03/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00229 | Kennedy v. CH Realty VI/R Nap... | Florida Middle District Court | 03/24/2016 | 10/07/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00231 | Kennedy v. Bonita Grande Inve... | Florida Middle District Court | 03/25/2016 | 12/27/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00236 | Kennedy v. Weiner et al | Florida Middle District Court | 03/28/2016 | 11/30/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00253 | Kennedy v. Bruno et al | Florida Middle District Court | 04/04/2016 | 08/30/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00254 | Kennedy v. CMH Group LLC | Florida Middle District Court | 04/04/2016 | 12/19/2016 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kennedy, Patricia (pla) | 2:2016cv00275 | Kennedy v. Prisa Summerlin FL... | Florida Middle District Court | 04/13/2016 | 08/23/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00276 | Kennedy v. Pru Hammock Cov... | Florida Middle District Court | 04/13/2016 | 07/22/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00277 | Kennedy v. Musca Properties, ... | Florida Middle District Court | 04/13/2016 | 10/07/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00310 | Kennedy v. Grand Bay Station ... | Florida Middle District Court | 04/27/2016 | 08/03/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00311 | Kennedy v. Publix Super Marke... | Florida Middle District Court | 04/27/2016 | 02/14/2017 |
| Kennedy, Patricia (pla) | 2:2016cv00318 | Kennedy v. Regency Realty Gro... | Florida Middle District Court | 04/29/2016 | 11/28/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00325 | Kennedy v. REG8 Berkshire Co... | Florida Middle District Court | 05/02/2016 | 10/27/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00344 | Kennedy v. JLB Ft Myers LLC | Florida Middle District Court | 05/09/2016 | 09/08/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00345 | Kennedy v. CH Realty VI/R Nap... | Florida Middle District Court | 05/09/2016 | 09/23/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00358 | Kennedy v. Baldwin | Florida Middle District Court | 05/12/2016 | 08/04/2017 |
| Kennedy, Patricia (pla) | 2:2016cv00371 | Kennedy v. Regency Square F... | Florida Middle District Court | 05/16/2016 | 10/13/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00384 | Kennedy v. DAD Development ... | Florida Middle District Court | 05/19/2016 | 08/25/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00406 | Kennedy v. PLN Properties, LL... | Florida Middle District Court | 05/26/2016 | 10/31/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00578 | Kennedy v. Regency Realty Gro... | Florida Middle District Court | 07/25/2016 | 03/15/2017 |
| Kennedy, Patricia (pla) | 2:2016cv00615 | Kennedy v. Reg8 Berkshire Co... | Florida Middle District Court | 08/08/2016 | 10/27/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00616 | Kennedy v. Publix Super Marke... | Florida Middle District Court | 08/08/2016 | 12/13/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00635 | Kennedy v. SWF Investments, ... | Florida Middle District Court | 08/15/2016 | |
| Kennedy, Patricia (pla) | 2:2016cv00644 | Kennedy v. Perseco Corporatio... | Florida Middle District Court | 08/19/2016 | 12/07/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00681 | Kennedy v. 3 Carter's Subway, I... | Florida Middle District Court | 09/06/2016 | 01/18/2017 |
| Kennedy, Patricia (pla) | 2:2016cv00700 | Kennedy v. Shadow Court Fuel... | Florida Middle District Court | 09/13/2016 | 03/06/2017 |
| Kennedy, Patricia (pla) | 2:2016cv00722 | Kennedy v. PSM Colonial Cros... | Florida Middle District Court | 09/23/2016 | 02/09/2017 |
| Kennedy, Patricia (pla) | 2:2016cv00742 | Kennedy v. Bonita Diner, LLC | Florida Middle District Court | 09/30/2016 | 04/26/2017 |
| Kennedy, Patricia (pla) | 2:2016cv00766 | Kennedy v. Colonial Funding Gr... | Florida Middle District Court | 10/14/2016 | 02/13/2017 |
| Kennedy, Patricia (pla) | 6:2016cv01849 | Kennedy v. Melbourne Beach, ... | Florida Middle District Court | 10/24/2016 | 01/09/2018 |
| Kennedy, Patricia (pla) | 6:2016cv01850 | Kennedy v. Melbourne Hotel, L... | Florida Middle District Court | 10/24/2016 | 04/26/2017 |
| Kennedy, Patricia (pla) | 6:2016cv01851 | Kennedy v. Paradise Beach Pro... | Florida Middle District Court | 10/24/2016 | 05/03/2017 |
| Kennedy, Patricia (pla) | 2:2016cv00806 | Kennedy v. Gulf Gate Plaza, LL... | Florida Middle District Court | 10/31/2016 | 02/27/2018 |
| Kennedy, Patricia (pla) | 2:2016cv00817 | Kennedy v. Publix Super Marke... | Florida Middle District Court | 11/07/2016 | 12/05/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00818 | Kennedy v. The Shoppes at Sa... | Florida Middle District Court | 11/07/2016 | 05/16/2017 |
| Kennedy, Patricia (pla) | 2:2016cv00858 | Kennedy v. BRE Mariner Marco... | Florida Middle District Court | 11/30/2016 | 05/16/2017 |
| Kennedy, Patricia (pla) | 6:2016cv02128 | Kennedy v. Skyview Plaza, LLC ... | Florida Middle District Court | 12/12/2016 | 01/24/2018 |
| Kennedy, Patricia (pla) | 6:2016cv02208 | Kennedy v. Paniccia-Indialantic... | Florida Middle District Court | 12/27/2016 | 04/04/2018 |
| Kennedy, Patricia (pla) | 6:2017cv00073 | Kennedy v. Telemachos | Florida Middle District Court | 01/17/2017 | 09/05/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00074 | Kennedy v. Schling LLC et al | Florida Middle District Court | 01/17/2017 | 11/15/2017 |
| Kennedy, Patricia (pla) | 2:2017cv00028 | Kennedy v. LQ Florida Properti... | Florida Middle District Court | 01/17/2017 | 05/04/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00090 | Kennedy v. 2501 LLC | Florida Middle District Court | 01/19/2017 | |
| Kennedy, Patricia (pla) | 6:2017cv00089 | Kennedy v. Dolgencorp, LLC et ... | Florida Middle District Court | 01/19/2017 | 12/22/2017 |
| Kennedy, Patricia (pla) | 2:2017cv00039 | Kennedy v. L Q Florida Properti... | Florida Middle District Court | 01/23/2017 | 01/25/2017 |
| Kennedy, Patricia (pla) | 2:2017cv00072 | Kennedy v. Pappas et al | Florida Middle District Court | 02/02/2017 | 02/09/2017 |
| | 6:2017cv00206 | Kennedy v. Downtown Edgewa... | Florida Middle District Court | 02/06/2017 | 04/14/2017 |

| | | | | | |
|---|---|---|---|---|---|
| Kennedy, Patricia (pla) | 2:2016cv00818 | Kennedy v. The Shoppes at Sa… | Florida Middle District Court | 11/07/2016 | 05/16/2017 |
| Kennedy, Patricia (pla) | 2:2016cv00858 | Kennedy v. BRE Mariner Marco… | Florida Middle District Court | 11/30/2016 | 05/16/2017 |
| Kennedy, Patricia (pla) | 6:2016cv02128 | Kennedy v. Skyview Plaza, LLC… | Florida Middle District Court | 12/12/2016 | 01/24/2018 |
| Kennedy, Patricia (pla) | 6:2016cv02208 | Kennedy v. Paniccia-Indialantic… | Florida Middle District Court | 12/27/2016 | 04/04/2018 |
| Kennedy, Patricia (pla) | 6:2017cv00073 | Kennedy v. Telemachos | Florida Middle District Court | 01/17/2017 | 09/05/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00074 | Kennedy v. Schling LLC et al | Florida Middle District Court | 01/17/2017 | 11/15/2017 |
| Kennedy, Patricia (pla) | 2:2017cv00028 | Kennedy v. LQ Florida Properti… | Florida Middle District Court | 01/17/2017 | 05/04/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00090 | Kennedy v. 2501 LLC | Florida Middle District Court | 01/19/2017 | |
| Kennedy, Patricia (pla) | 6:2017cv00089 | Kennedy v. Dolgencorp, LLC et… | Florida Middle District Court | 01/19/2017 | 12/22/2017 |
| Kennedy, Patricia (pla) | 2:2017cv00039 | Kennedy v. L Q Florida Properti… | Florida Middle District Court | 01/23/2017 | 01/25/2017 |
| Kennedy, Patricia (pla) | 2:2017cv00072 | Kennedy v. Pappas et al | Florida Middle District Court | 02/02/2017 | 02/09/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00206 | Kennedy v. Downtown Edgewa… | Florida Middle District Court | 02/06/2017 | 04/14/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00211 | Kennedy v. Keller et al | Florida Middle District Court | 02/06/2017 | 06/27/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00207 | Kennedy v. TICC Investments, … | Florida Middle District Court | 02/06/2017 | 02/10/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00210 | Kennedy v. Wall et al | Florida Middle District Court | 02/06/2017 | 05/12/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00240 | Kennedy v. Pappas et al | Florida Middle District Court | 02/02/2017 | 05/03/2017 |
| Kennedy, Patricia (pla) | 2:2017cv00089 | Kennedy v. TICC Investments, … | Florida Middle District Court | 02/06/2017 | 06/22/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00259 | Kennedy v. K-P New Smyrna, In… | Florida Middle District Court | 02/13/2017 | 03/21/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00271 | Kennedy v. Nesh Investments I… | Florida Middle District Court | 02/16/2017 | 08/15/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00284 | Kennedy v. Peggy's Country Kit… | Florida Middle District Court | 02/17/2017 | 05/08/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00303 | Kennedy v. Brevard Manageme… | Florida Middle District Court | 02/22/2017 | |
| Kennedy, Patricia (pla) | 6:2017cv00419 | Kennedy v. Hawkins et al | Florida Middle District Court | 03/08/2017 | 01/16/2018 |
| Kennedy, Patricia (pla) | 6:2017cv00421 | Kennedy v. Gal et al | Florida Middle District Court | 03/08/2017 | 05/08/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00418 | Kennedy v. Kunik et al | Florida Middle District Court | 03/08/2017 | 08/09/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00449 | Kennedy v. Skyview Plaza, LLC… | Florida Middle District Court | 03/13/2017 | 01/24/2018 |
| Kennedy, Patricia (pla) | 6:2017cv00453 | Kennedy v. Skyview Plaza, LLC… | Florida Middle District Court | 03/13/2017 | 01/24/2018 |

2:2018cv00374

8:2018cv01279

9:2018cv80651

9:2018cv80653

9:2018cv80714

| | | | |
|---|---|---|---|
| Kennedy, Patricia (pla) | 2:2018cv00374 | Kennedy v. P.J.L. Family Limited Partnership | Florida Middle District Court |
| | Kennedy, Patricia (pla) | 8:2018cv01279 | Kennedy v. Rudra Vraj Enterprise |
| | Kennedy, Patricia (pla) | 2:2018cv00379 | Kennedy v. Diamond Head Beach |
| | Kennedy, Patricia (pla) | 2:2018cv00380 | Kennedy v. Boca Grande |
| | Kennedy, Patricia (pla) | 2:2018cv00411 | Kennedy v. Core Hotels & Resorts |
| | Kennedy, Patricia (pla) | 2:2018cv00412 | Kennedy v. Laxmi Hospitality, LLC |
| | Kennedy, Patricia (pla) | 6:2018cv00934 | Kennedy v. T Old Town, LLC |
| | Kennedy, Patricia (pla) | 8:2018cv01464 | Kennedy v. Terrace Properties Pa |
| | Kennedy, Patricia (pla) | 2:2018cv00440 | Kennedy v. Lighthouse Island Res |
| | Kennedy, Patricia (pla) | 9:2018cv80651 | Kennedy v. CSC Brazilian, L.P. |
| | Kennedy, Patricia (pla) | 9:2018cv80653 | Kennedy v. Weimer et al |
| | KENNEDY, PATRICIA (pla) | 9:2018cv80714 | |